**JS 44** (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MARY ANN STOTTS and,
HEARLENE A. DISHEROON

**(b)** County of Residence of First Listed Plaintiff: Grundy
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert S. Peters, Swafford, Peters, Priest & Hall
120 North Jefferson Street, Winchester, Tennessee 37398
(931) 967-3888

## DEFENDANTS
Johnny Ray Fults, individually and in his capacity as Grundy Co., TN Road Superintendent; The Grundy County, TN Highway Department and Grundy County, TN

County of Residence of First Listed Defendant: Grundy
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. §1983

Brief description of cause:
Patronage dismissal of plaintiffs by county official

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 500,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 08/28/2019
SIGNATURE OF ATTORNEY OF RECORD: *Robert S. Peters*

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| MARY ANN STOTTS and, <br> HEARLENE A. DISHEROON <br><br> Plaintiffs, <br><br> v. <br><br> JOHNNY RAY FULTS, individually <br> and in his capacity as Grundy County, <br> Tennessee, Road Superintendent <br><br> THE GRUNDY COUNTY, TENNESSEE <br> HIGHWAY DEPARTMENT <br> and <br> GRUNDY COUNTY, TENNESSEE <br><br> Defendants. | No.: _____ <br><br> JURY DEMAND |

# COMPLAINT

1. The plaintiffs Mary Ann Stotts and Hearlene A. Disheroon are residents and citizens of Grundy County, Tennessee, and both plaintiffs at times material were employees of the Grundy County Highway Department. The defendant Johnny Ray Fults is a citizen and resident of Grundy County, Tennessee, and at times material to this case was the elected road superintendent of Grundy County. The defendant Grundy County Highway Department is a department within the Ground County government and is charged with the responsibility of maintaining the road and highways in Grundy County. The defendant Grundy County is a governmental entity organized and existing under the laws of the State of Tennessee. In doing the acts alleged in the complaint the defendant Johnny Ray Fults was acting under the color of

1

law applicable to Grundy County and the State of Tennessee, and under his office as Grundy County Road Superintendent.

2. The plaintiff Mary Ann Stotts was an employee of the Grundy County Highway Department for a period of years as an accountant/bookkeeper until she was fired on September 4, 2018, after the election of the defendant Johnny Ray Fults to the office of Grundy County Road Superintendent. She was fired on September 4, 2018. The separation notice states as follows: "The decision has been made to hire someone else for the ADMINISTRATIVE/ MANAGERIAL position who the County Road Superintendent feels is better suited for the position." The defendant Hearlene A. Disheroon was an employee of good standing with the Grundy County Highway Department for an extended period of time. The defendant Hearlene A. Disheroon was fired from her position as secretary on September 4, 2018. The separation notice in her case stated the same as what was stated in the separation notice for the plaintiff Mary Ann Stotts. Both women were good and dutiful employees of the Grundy County Highway Department, and they had done satisfactory work during the time they were employed. Their positions were neither a policy-making nor confidential position, and political affiliation was not an appropriate requirement for the effective performance of their jobs.

3. The Grundy County election that resulted in the defendant Johnny Ray Fults was a spirited campaign. The plaintiffs supported the previous superintendent Hubert Hargis. Mr. Hargis was the opponent of the defendant Johnny Ray Fults in the election. The plaintiffs supported Mr. Hargis in his campaign, and their support for Mr. Hargis was within their constitutional right of expression of association and speech, and the plaintiffs acted within their rights as citizens. Their political opposition to the defendant Johnny Ray Fults was open and obvious. The plaintiffs were fired from their positions because of their political opposition to the

defendant Johnny Ray Fults. The discharge of the plaintiffs under these circumstance have resulted in emotional damage and humiliation.

4. Patronage dismissals of governmental employees who do not hold policy-making or confidential positions have been recognized as unconstitutional. In this case the plaintiffs have been wrongfully discharged in violation of their federal constitutional right to free expression, free association, and free speech; and they file this action pursuant to 40 U.S.C. §1983. That section states that a person who, under color of law, is subjected to the contravention of any rights, privileges or immunity secured by the constitution can maintain an action. The defendant Grundy County delegated its decision-making authority for hiring and firing employees at the Grundy County Highway Department to the defendant Johnny Ray Fults. In this case the individual defendant Johnny Ray Fults, the newly elected Grundy County Road Superintendent, acted under color of law as the road superintendent of Grundy County, a governmental entity, in firing the plaintiffs and discharging them from their lawful employment.

5. The termination of the plaintiffs for failing to support the defendant Johnny Ray Fults in the election held in Grundy County, Tennessee, and in supporting his opponent Hubert Hargis, violated the constitutional rights of both plaintiffs.

Wherefore, premises being considered, the plaintiffs pray as follows:

1. That the defendants be served with process, requiring them to appear and answer this complaint.

2. That upon a hearing of this cause, the plaintiffs be granted relief, including reinstatement to their jobs, the award of back-pay, front-pay, additional loss of income and fringe benefits, punitive damages, pre-judgment and post-judgment interest as to all amounts awarded,

3

and an award of all costs incurred in pursuing this action, and including discretionary costs and attorney fees.

3. For actual and compensatory damages, including emotional damages and humiliation in the amount of $500,000.

4. That a jury try this action.

5. That the plaintiffs be granted general and further relief as this Court may deem just and proper.

Respectfully submitted,

SWAFFORD, PETERS, PRIEST & HALL

By: *[signature]*
Robert S. Peters, BPR No. 3630
120 North Jefferson Street
Winchester, Tennessee 37398
(931) 967-3888
rspeters@spphlaw.com
*Attorney for plaintiffs*

4